PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

JAN 2_ 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Derrick Lee Kingbird**

**Docket No. 0:02CR00306-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Derrick Lee Kingbird** who was sentenced for Assault with Intent to Commit Murder on April 14, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol and do not enter establishment where alcohol is sold; participate in drug treatment program; mandatory drug testing; provide DNA; no contact with victim; and psychological/psychiatric counseling/treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has not secured a residence and is in need of a place to reside upon his release from custody. During the period of up to 90 days at a residential re-entry center, the defendant will be expected to secure employment and a residence.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED

JAN 23 2008

U.S. DISTRICT COURT MPLS

The defendant shall reside for a period of up to 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 21st day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Aaron R. Rotering
U.S. Probation Officer
Telephone: 612-664-5409

Executed on January 11, 2008
Place Fergus Falls

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission