Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Derrick Lee Kingbird

Docket No. 0:02CR00306-001

**HEARING WAIVER**

I, Derrick Lee Kingbird, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of up to 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

Signed: Derrick Lee Kingbird
Derrick Lee Kingbird
Supervised Releasee

Witness:
for Aaron Rotering
U.S. Probation Officer

Dated: 1-7-08

SCANNED
JAN 23 2008
U.S. DISTRICT COURT MPLS