PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
08 MAY -5 PM 12:34
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Derrick Lee Kingbird**

**Docket No. 0:02CR00306-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Derrick Lee Kingbird** who was sentenced for Assault with Intent to Commit Murder on April 14, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Mandatory drug testing; abstain from alcohol and liquor establishments; drug programming and testing; no contact with victim; and psychological counseling

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On May 4, 2008, the defendant submitted to a drug test at Centre Inc. in Fargo, North Dakota. The sample tested positive for marijuana. On May 5, 2008, the defendant admitted smoking marijuana on the evening after my visit with him on May 2, 2008.

> SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On April 21, 2008, this probation officer obtained an alcohol test from the defendant which revealed a 0.10 blood alcohol content. The defendant admitted consuming alcohol at a liquor establishment on this date. On May 2, 2008, this officer obtained an alcohol test from the defendant which revealed a 0.15 blood alcohol content.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
MAY 5 2008
U.S. DISTRICT COURT MPLS

The defendant shall reside for a period of 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 5th day of May, 2008, and ordered filed and made a part of the records in the above case.

John R. Tunheim

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Julie M. Belt for

Aaron R. Rotering
U.S. Probation Officer
Telephone: 612-664-5409
Executed on May 5, 2008
Place Fergus Falls

Approved:

Julie M. Belt

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission