Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Derrick Lee Kingbird

Docket No. 0:02CR00306-001

**HEARING WAIVER**

I, Derrick Lee Kingbird, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

~~[illegible] perform [illegible] hours of community service, as approved by the probation officer.~~ ML

The defendant shall reside at ~~an~~ Residential Reentry Center for a period of 90 days.

Signed: Derrick Kingbird

Derrick Lee Kingbird
Supervised Releasee

Witness: [signature]

Aaron R. Rotering
U.S. Probation Officer

Dated: 5-2-08