UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-306(JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK LEE KINGBIRD,<br><br>Defendant. | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-306(JRT)

Defendant Name

Derrick Lee Kingbird

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Chris Wolfe

Dated: August 19, 2008

FRANK J. MAGILL, JR.
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332