**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-306 JRT |
| | ) | Date: August 25, 2008 |
| Derrick Lee Kingbird, | ) | Court Reporter: None |
| | ) | Tape Number: 263/558-863 |
| Defendant. | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: 11:05 a.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Jeff Bryan, Assistant U.S. Attorney
Defendant: Reggie Aligada
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: August 15, 2008 Offense: Whereabouts unknown. Unauthorized travel

☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is August 27, 2008 at 2:30 p.m. before U.S. Magistrate Judge Arthur J. Boylan for:
☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

Additional Information:
**Final Revocation hearing: Wednesday, September 24, 2008 at 4:30 p.m. before Judge John R. Tunheim.**

s/Joan Flood
Criminal Duty Clerk