**OFFICE OF THE**

# FEDERAL DEFENDER

**District of Minnesota**

107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

KATHERIAN D. ROE
Federal Defender

ANDREW H. MOHRING
First Assistant Defender

ANDREA K. GEORGE
Senior Litigator

KATHERINE MENENDEZ
Chief of Training

MANNY K. ATWAL
LYONEL NORRIS
CAROLINE DURHAM
REGGIE ALIGADA
DOUGLAS OLSON
Assistant Defenders

TIM W. TREBIL
MIKE KAULFUSS
RENEE LEWIS
Investigators

August 26, 2008

Honorable Raymond L. Erickson
Chief United States Magistrate Judge
412 Federal Building
515 West First Street
Duluth, MN 55802

RE: U.S. v. Derrick Kingbird
Criminal No. 02-306 JRT/RLE

Dear Magistrate Erickson:

Today I have spoken with Mr. Kingbird and he advises me that he wishes to waive the preliminary revocation hearing and detention hearing scheduled for August 27, 208 at 4:00 PM. For this reason, I request that preliminary hearing and detention hearing for tomorrow be cancelled.

Sincerely,

*s/Reggie Aligada*

REGGIE ALIGADA
Assistant Federal Defender

RAA:rmq